# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2021 KW 1112

VERSUS

STEVEN JERMAINE CHARLES                          **JANUARY 10, 2022**

---

In Re:   Steven Jermaine Charles, applying for supervisory
         writs, 22nd Judicial District Court, Parish of St.
         Tammany, No. 548792.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.**   The district court's ruling denying
relator's application for postconviction relief is vacated.
This matter is remanded to the district court to reconsider its
ruling in light of **State v. Harris,** 2018-1012 (La. 7/9/20), __
So.3d __, 2020 WL 3867207 and to allow the state to file a
response, if it has not already done so.  After the state files
its response, the district court should determine whether it is
necessary to conduct an evidentiary hearing on the claim of
ineffective assistance of counsel at sentencing. **State v.
Robinson,** 2019-01330 (La. 11/24/20), 304 So.3d 846 (per curiam).

                         JMG
                         GH
                         WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT